No. 71. FEDERAL POWER COMMISSION *v.* SOUTHERN CALIFORNIA EDISON CO. ET AL.; and

No. 73. CITY OF COLTON *v.* SOUTHERN CALIFORNIA EDISON CO. ET AL. Certiorari, 372 U. S. 958, to the United States Court of Appeals for the Ninth Circuit. The motion of the National Association of Railroad & Utilities Commissioners for leave to join in the brief of the Public Utilities Commission of California, as *amicus curiae,* is granted. *Austin L. Roberts, Jr.* on the motion.

No. 420. BANCO DO BRASIL, S. A., *v.* A. C. ISRAEL COMMODITY CO., INC. On petition for writ of certiorari to the Court of Appeals of New York. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 660, Misc. MEDLEY *v.* OREGON ET AL. Motion for leave to file petition for writ of certiorari denied.

No. 583, Misc. BRODBENT *v.* WAINWRIGHT, CORRECTIONS DIRECTOR;

No. 586, Misc. O'NEILL *v.* TAHASH, WARDEN; and

No. 595, Misc. WOOTEN *v.* UNITED STATES. Motions for leave to file petitions for writs of habeas corpus denied.

No. 498, Misc. BIGGS *v.* DECKER, JUDGE. Motion for leave to file petition for writ of mandamus denied.

No. 449. A QUANTITY OF COPIES OF BOOKS ET AL. *v.* KANSAS. Appeal from the Supreme Court of Kansas. Probable jurisdiction noted. *Stanley Fleishman* and *Sam Rosenwein* for appellants. *William M. Ferguson,* Attorney General of Kansas, and *Robert E. Hoffman,* Assistant Attorney General, for appellee.